# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROY YIUN | CASE NO. |
| --- | --- |
| Plaintiff(s), | 2:19-cv-02029-DSF-MAA |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| BRENTWOOD CAFE INC., et al. | |
| Defendant(s). | |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 4, 2019. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 4, 2019

    /s/ *Dale S. Fischer*
Dale S. Fischer
United States District Judge