# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN,<br>      Plaintiff, | Case No. CV 19-02029 DSF (MAAx) |
| v. | JUDGMENT |
| BRENTWOOD CAFE INC., et al.,<br>      Defendant. | |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and Plaintiff not having responded or shown a reason why the action should not be dismissed in its entirety for the failure of plaintiff to file a motion for default judgment as to defendants Brentwood Cafe, Inc. and Colfax-NMS, LLC.

IT IS ORDERED AND ADJUDGED that this action be dismissed.


Date: November 25, 2019

_____
Dale S. Fischer
United States District Judge